IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | * | |
| **Plaintiff** | * | |
| v. | * | Case No: 17-CV-02860-CCB |
| **ENOCH PRATT FREE LIBRARY,** *et al.,* | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*

MOTION FOR STAY AND EXTENSIONS

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to stay this litigation and extend all deadlines due to the lapse in appropriations and government shutdown.

1. Federal government appropriations lapsed at midnight on December 21, 2018, and the EEOC is again shut down.

2. As noted in its previous motion (ECF No. 10), given the Antideficiency Act, 31 U.S.C. § 1341 et seq., the EEOC is prohibited from litigating this matter during the shutdown, except for a four-hour wind-down on December 26, 2018.

3. Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

4. Counsel for the EEOC has contacted Defendant's counsel regarding this motion and defendant does not oppose this motion.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Respectfully submitted,

Respectfully submitted,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland 21201

__/s/ Maria Salacuse_____
MARIA SALACUSE
Supervisory Trial Attorney
Bar No. 15562
maria.salacuse@eeoc.gov
(410) 209-2733