**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:17-cv-02860-PX |
| | * | |
| ENOCH PRATT FREE LIBRARY *et al.*, | * | |
| Defendants. | * | |
| | *** | |

**ORDER**

The Court, having returned a verdict in favor of the Plaintiff, the United States Equal Employment Opportunity Commission ("EEOC"), against Defendants, Enoch Pratt Free Library and the Mayor and City Council of Baltimore, and for the reasons stated in the foregoing Memorandum Opinion, it is this 23rd day of December 2020, by the United States District Court for the District of Maryland ORDERED that:

1. Judgment is entered in favor of the Plaintiff, EEOC, against Defendants, Enoch Pratt Free Library and the Mayor and City Council of Baltimore, on Plaintiff's Equal Pay Act of 1963 ("EPA"), 29 U.S.C. § 206(d)(1), claim (ECF No. 1);

2. Claimant Ann Marie Harvey is awarded back wages of $25,801.16 as damages under the EPA;

3. Claimant Linda Schwartz is awarded back wages of $1,040.88 as damages under the EPA;

4. Claimant Carlotta Young is awarded back wages of $18,929.86 as damages under the EPA;

5. Claimant Nancy Yob is awarded back wages of $25,801.16 as damages under the EPA;

6. Claimant Julie Johnson is awarded back wages of $25,801.16 as damages under the EPA;

7. All Claimants are awarded liquidated damages in an amount equal to the back wages awarded;

8. Defendants SHALL make the appropriate adjustments to Claimants' retirement benefits in light of the back wages awarded herein, so as to treat each Claimant as having received the adjusted salary in the period for which it is awarded;

9. Plaintiff's request for injunctive relief is otherwise DENIED.

10. The Clerk is DIRECTED to MAIL copies of the foregoing Memorandum Opinion and this Order to the parties and CLOSE this case.

12/23/2020                                                           /S/
Date                                                             Paula Xinis
                                                       United States District Judge